1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EMUI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00247 JW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00247 JW |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | FROM THE SPEEDY TRIAL ACT |
| ) | CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) |
| JOSE ALFREDO ALBERTO- ) | & 3161(h)(8)(B)(iv)) |
| TRUJILLO, ) | |
| ) | |
| Defendant. ) | |

On June 20, 2005, the parties appeared before the Court for a status hearing. At the hearing, the parties scheduled a pretrial conference for August 22, 2005, with a trial commencing on August 23, 2005. Since the trial date of August 23, 2005 is four days beyond the Speedy Trial Act in this matter, the parties hereby stipulate and agree that the time between August 19, 2005 to August 22, 2005 be excluded from the Speedy Trial Act. The parties agree that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

//

SO STIPULATED.                                        KEVIN V. RYAN
                                                      United States Attorney

DATED:_____                    _____
                                                      SUSAN KNIGHT
                                                      Assistant United States Attorney

DATED:_____                    _____
                                                      NICHOLAS P. HUMY
                                                      Assistant Federal Public Defender

Accordingly, the Court HEREBY ORDERS that the time between August 19, 2005 and August 22, 2005 is excluded under the Speedy Trial Act. The Court finds that the failure to grant the requested continuance would deny the defendant effective preparation of counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of

1  criminal cases.  The Court therefore concludes that this exclusion of time should be made under
2  18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).
3  IT IS SO ORDERED.

 6/24/05
Dated

/s/ James Ware
JAMES WARE
United States District Judge

[PROPOSED] ORDER TO EXCLUDE TIME
CR 05-00247 JW                                                3