IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. CR 05-00247  JW |
| Plaintiff,<br>v. | **ORDER FOLLOWING TRIAL SETTING CONFERENCE** |
| Jose Alfredo Alberto-Trujillo, | |
| Defendants. | |

On June 20, 2005 the Court conducted a trial setting conference.  Defendant appeared in custody before the Court with counsel, Nick Humy.  Assistant United States Attorney appeared on behalf of the government.  The Court sets the following trial and pretrial schedules:

1. The Final Pretrial Conference is set for Monday, August 22, 2005 at 1:30 p.m.

3. Jury selection shall begin on Tuesday, August 23, 2005 at 9:00 a.m.

3. Trial shall continue on Wednesday, August 24, 2005 from 9:00 a.m. to 4:00 p.m  The parties shall argue and submit on August 25, 2005 at 9 a.m.

The Court excludes the time from June 20, 2005 through August 23, 2005 for continuity of counsel.

Dated: June 28, 2005

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Nick Humy
Federal Public Defender's
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

Susan Knight
US Attorney's Office
NDCA, San Jose Branch
150 Almaden Blvd., Suite 900
San Jose, CA 95113

**Dated: June 28, 2005**                              **Richard W. Wieking, Clerk**

                                                          **Ronald L. Davis**
**By:** _____
                                                       **Ronald L. Davis**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California