KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED — Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-000247 JW |
| Plaintiff, | [~~PROPOSED~~] ORDER VACATING TRIAL |
| v. | |
| JOSE ALFREDO ALBERTO-TRUJILLO, | |
| Defendant. | |

The above-captioned matter is currently scheduled for a pretrial conference on August 22, 2005, with a trial commencing on August 23, 2005. The parties have reached a settlement in the case, and therefore, respectfully request that the pretrial conference and trial set forth above be vacated and a change of plea hearing be scheduled for August 22, 2005 at 1:30 p.m.

SO STIPULATED.
                          KEVIN V. RYAN
                          United States Attorney

DATED:_____        _____
                                       SUSAN KNIGHT
                                       Assistant United States Attorney

DATED:_____        _____
                                       NICHOLAS P. HUMY
                                       Assistant Federal Public Defender

[PROPOSED] ORDER VACATING TRIAL
CR 05-000247 JW

1 | Accordingly, the Court HEREBY ORDERS that the pretrial trial conference scheduled for
2 | August 22, 2005 and the trial scheduled to commence on August 23, 2005 is vacated, and a
3 | change of plea hearing scheduled for August 22, 2005 at 1:30 p.m.
4 | IT IS SO ORDERED.

5 | 8/15/05                                   /s/ James Ware
    Dated                                     JAMES WARE
6 |                                           United States District Judge

[PROPOSED] ORDER VACATING TRIAL
CR 05-000247 JW